**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 75.31.81.94**

**ISP:** AT&T U-verse
**Physical Location:** Pasadena, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/21/2018 09:36:40 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 06/07/2018 19:42:27 | 1A9D4E8C411AFD56DEA2EDF8D436529088D11C22 | Purely Perfect Pink |
| 04/15/2018 22:11:03 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 04/08/2018 01:03:17 | 819E6423EF06A8BA7DC92E8290CE541C408D05DC | Wine Makes Me Anal |
| 03/25/2018 21:47:40 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX192