United States District Court
Southern District of Texas
**ENTERED**
December 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § CIVIL ACTION NO. H-18-3021 | |
| JOHN DOE, subscriber assigned § | |
| IP address 75.31.81.94, § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entries No. 14), this action is dismissed with prejudice.

SIGNED on December 17, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge